UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RAYMOND GUIDRY** | CASE NO. 6:22-CV-00257 SEC P |
| **VERSUS** | JUDGE ROBERT R. SUMMERHAYS |
| **TIMOTHY HOOPER** | MAGISTRATE JUDGE HANNA |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITH PREJUDICE** as untimely.

THUS DONE in Chambers on this 9th day of June, 2022.

Robert R. Summerhays
United States District Judge